# EXHIBIT A

# Royal Caribbean International Wi-Fi Access Terms and Conditions

You may only use the shipboard wireless Internet access (the "Service") supplied to you, a guest of Royal Caribbean International ("Cruise Line" "We" or "Our") by accepting the following Terms & Conditions. By using the wireless network you are acknowledge that you have read all the terms and conditions of this agreement, understand them, and agree to be legally bound by them.

Onboard Wi-Fi is primarily intended to be available for the accessing of emails and low volume use of the Internet. To facilitate our ability to provide a great experience for all, we may block access to certain video streaming websites or otherwise restrict or set limits on your use of the Service.

## Extent of the Service

You agree that you are fully responsible for and shall bear all risks regarding your activities while using this Service, including the use of any websites or other services available through the Internet ("Third Party Sites") together with any content, information and other materials you access or transmit via this Service ("Content"). You are responsible for any fees for Third Party Sites that result from your access to or use of them. You hereby represent and warrant that you have the necessary rights to access and use such Third Party Sites through the Service and that your use of the Third Party Sites is in compliance with the terms of use applicable to such Third Party Sites.

You accept that it is your responsibility to protect both your equipment and any information that you transmit or that is stored on your equipment. It is also your responsible to ensure that you have adequate security (in terms of equipment and procedures) to ensure the security, integrity and confidentiality of your information and data. We do not guarantee the security of the contact which you may transmit or receive using the Service or that is located on any equipment utilizing the Service.

You are responsible for your privacy. There are privacy and security risks associated with wireless communications and the Internet generally. You acknowledge that Cruise Line, and its affiliates, vendors, suppliers and contractors, make no assurance and assume no responsibility that your communications or activities will be or will remain private or secure. You agree that you are solely responsible for your own privacy and security in using this Service, and for implementing any protections you deem to be appropriate to protect and secure your privacy, and your activities, hardware, software and systems.

We reserve the right at all times to withdraw the Service, change the specifications or manner of use of the Service, to change access codes, usernames, passwords or other security information necessary to access the Service.

## Acceptable Use and Conduct

You hereby agree to comply with Cruise Line's acceptable use policy ("Acceptable Use Policy"), as described below. You will not use the Service to (or assist another person to):

1. Harm or threaten harm to persons or property
2. Harass other persons;
3. Violate any applicable law, including those related to export control, spam, gambling, obscenity, or computer access;
4. Engage in any fraud or misrepresentation;
5. Provide instructional information about illegal activities;
6. Interfere with, disrupt, or create undue burden on the Service (or the networks or computers that provide same);
7. Infringe or violate another person's rights, including privacy and intellectual property rights;
8. Allow another person who has not paid for the Service to access or use the Service on his computer or device through your computer or device;
9. Display offensive content on your computer or device, in view of another person;
10. Knowingly distribute any virus or other malware;
11. Access any network or computer (including those providing the Service) in excess of the permission expressly granted to you;
12. Monitor (through, for example, sniffers) any network traffic without express authorization of the owner of the network and the parties' to the communications;
13. Attempt to decrypt any encrypted or scrambled communications;
14. Introduce software or automated agents into the Service; or
15. Attempt to impersonate any other person, including any Cruise Line employees.

Cruise Line reserves the right (but has no obligation) to investigate and take appropriate action in its sole discretion against you, if you violate Cruise Line's Acceptable Use Policy or any other provision of this Agreement, including without limitation, refusing to provide access to and use of the Service to you, terminating your account, reporting you to the applicable service provider or our other partners or law enforcement authorities, and taking legal action against you.

You agree not to resell or attempt to resell any aspect of the Service, whether for profit or otherwise, share your Internet Protocol address ("IP address") or Service connection with anyone, access the Service simultaneously through multiple devices or authorize any other individual or entity to use the Service. You agree that sharing the Service with another party breaches the Agreement and may constitute fraud or theft, for which we reserve all rights and remedies. You have no proprietary or ownership rights to a specific IP address or other address, log-in name, or password that you use in connection with the Service. We will assign you an IP address each time you access the Service, and it may vary. You shall not program any other IP address into your device.

## Your Use of the Service

You agree not to use this Service to engage in any prohibited, unlawful, infringing, tortious or harmful conduct; violate another party's intellectual property, privacy or other rights; or otherwise interfere with the operation, use or enjoyment of any service, system or other property.

You agree that your use of this service is a privilege and not a right. You agree that you are fully responsible for your activities while using this Service (including for any Content you access or transmit via this Service), and that you shall bear all risks regarding use of this Service.

The Service is intended for consumer use only. You agree and acknowledge that we may keep a log of the Internet Protocol ("IP") addresses of any devices which access the Service, the times when they have accessed the Service and the activity associated with that IP address.

You further agree we are entitled to co-operate with law enforcement authorities and rights-holders in the investigation of any suspected or alleged illegal activity by you which may include, but is not limited to, disclosure of such information as we have, and are entitled to provide by law, to law enforcement authorities or rights-holders.

You will not use any type of voice application (including, without limitation, voice over Internet protocol) without written permission from Cruise Line.

## Proprietary Rights

You acknowledge that all the intellectual property rights in the Service and the underlying technology are owned by Cruise Line, or Cruise Line's licensors. All rights not expressly licensed are reserved. You agree not to reproduce, reverse engineer, modify, or create derivative works based on, the Service. Except as expressly permitted under this Agreement, you agree not to rent, lease, loan, or sell access to the Service or provide the Service to any third party on a service bureau or time sharing basis or otherwise.

Acknowledgement of Filtering and Restriction of Access to Pornography or Other Offensive or Objectionable Material. You specifically acknowledge and agree that Cruise Line may, as a necessary incident of providing the Service, or as required or permitted by law, or as hereby expressly contemplated by this Agreement, use any advanced blocking technologies and other technical, administrative or logical means available to it, to identify, inspect, remove, block, filter, or restrict any uses, materials or information (including but not limited to emails) that we consider to be actual or potential violations of the restrictions on use set forth in this Agreement, including, but not limited to, those activities that may subject Cruise Line or its customers to liability or danger, or material that may be obscene, lewd, lascivious, filthy, excessively violent, pornographic, harassing, or otherwise objectionable.

## Disclaimers

The Service is provided "As-Is" and as available. Cruise Line and its service providers, partners, and affiliates expressly disclaim any warranties and conditions of any kind, whether express or implied, including, but not limited to, the warranties or conditions of merchantability, fitness for a particular purpose, title, quiet enjoyment, accuracy, or non-infringement. Cruise Line (and each of its service providers) makes no warranty that: (a) the Service will meet your requirements; (b) the Service will be available on an uninterrupted, timely, secure, or error-free and malicious code-free basis; r (c) the results that may be obtained from the use of the Service will be accurate or reliable, or (d) that your computer, tablet, cellphone or other equipment and any software you use will be compatible with the Service. You expressly acknowledge that there are certain security, confidentiality, and privacy risks inherent in wireless communications and technology, and Cruise Line does not make any assurances or warranties relating to such risks. Some jurisdictions do not allow the exclusion of implied warranties, so the above exclusion may not apply to you.

## Limitation On Liability

In no event shall Cruise Line be liable to you or any third party for any lost profit or any indirect, consequential, exemplary, incidental, special, or punitive damages arising from your use of the Service, even if Cruise Line has been advised of the possibility of such damages. Notwithstanding anything to the contrary contained herein, Cruise Line's liability (including but not limited to its partners and affiliates) to you for any damages arising from or related to your use of the Service (for any cause whatsoever and regardless of the form of the action), will at all times be limited to the greater of Fifty US Dollars ($50) and the amounts you paid to Cruise Line for the Service in the month prior to the accrual of the claim, if any.

Some jurisdictions do not allow the limitation or exclusion of liability for incidental or consequential damages, so the above limitation or exclusion may not apply to you, and you may also have other legal rights that vary from jurisdiction to jurisdiction.

## Other Terms

We have no responsibility (to the extent permitted by law) to compensate you (whether or not we are negligent) for any direct financial loss, loss of profit, revenue, time, anticipated savings or profit or revenue, opportunity, data, use, business, wasted expenditure, business interruption, loss arising from disclosure of confidential information, loss arising from or in connection with use of the service or inability to use or access the service or a failure, suspension or withdrawal of all or part of the Service at any time or damage to physical property or for any other similar direct loss that may arise in relation to this agreement whether or not we were advised in advance of the possibility of such loss or damage.

We agree that nothing in this agreement shall be interpreted as authorizing either party to act as, or hold themselves out as, acting as an agent of the other party and that that the terms of this agreement are not enforceable by any third party.

Any disputes that arise in connection with this Agreement shall be subject to the dispute resolution provisions, including but not limited to choice of law, venue, time limits, notice and dispute resolution forum provisions of your passenger ticket contract.

You agree to defend, hold harmless, and indemnify Cruise Line, its subsidiaries, affiliates, officers, agents, licensees, and other partners and employees, from any loss, liability, claim, or demand, including reasonable attorney's fees, made by any third party due to or arising out of your use of the Service in violation of this Agreement and/or arising from your breach of any provision of this Agreement.

All or any of Cruise Line's rights and obligations under this Agreement may be assigned to a third party, without prior notice or consent by you. You may not assign or transfer this Agreement or any or all of your rights hereunder, without the prior written consent of Cruise Line, and any attempt to do so is void.

We may amend this Agreement from time to time. Your continued use of the Service shall constitute your acceptance of those amendments.

Cruise Line may give legal notice to you by means of a general notice on the Service, electronic mail to your email address on our records for your account, or by written communication sent by first class mail, postage prepaid, or overnight courier to your address on record for your Account. All legal notices given by you shall be mailed to:

[Cruise Line]
1050 Caribbean Way
Miami, FL 33132
Attn:
With a copy to: General Counsel

I confirm that I accept these terms and conditions as the basis of my use of the wireless internet access provided.